UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY WEBB, and GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DICKIE BRENNAN AND COMPANY, LLC; SEVEN SIXTEEN IBERVILLE, LLC; BRASSERIE, LLC; RICHARD BRENNAN, JR.; STEVEN PETTUS; and LAUREN BRENNAN BROWER,<br><br>　　　　Defendants. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>Case No. 2:16-cv-16548 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

　　　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Mary Webb and the Greater New Orleans Fair Housing Action Center and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Dickie Brennan & Company, LLC; Seven Sixteen Iberville, LLC; Brasserie, LLC; Richard Brennan, Jr.; Steven Pettus; and Lauren Brennan Brower.

Dated: December 5, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Elizabeth Owen | /s/ Reed N. Colfax |
| Alexander Sascha Bollag | Reed N. Colfax |
| Attorney ID No. 34447 | Tara K. Ramchandani |
| Elizabeth Owen | Yiyang Wu |
| Attorney ID No. 33620 | RELMAN, DANE & COLFAX PLLC |
| GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER | 1225 19th Street NW, Suite 600 |
| | Washington, DC 20036 |
| 404 S. Jefferson Davis Pkwy | Tel: 202-728-1888 |
| New Orleans, LA 70119 | Fax: 202-728-0848 |
| Tel: 504-596-2100 | E-mail: rcolfax@relmanlaw.com |
| Fax: 504-602-9857 | 　　　　tramchandani@relmanlaw.com |
| E-mail: sbollag@gnofairhousing.org | 　　　　ywu@relmanlaw.com |

eowen@gnofairhousing.org

*Attorneys for Plaintiffs Mary Webb and Greater New Orleans Fair Housing Action Center*